# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0338.  JOSE DIMITRIO SANCHEZ v. THE STATE.**

In December 2018, we dismissed Jose Sanchez's appeals from the trial court's orders denying his motion to withdraw his guilty pleas and his subsequent motion for reconsideration, for failure to timely file an appellate brief.  See *Sanchez v. State*, Nos. A19A0315, A19A0316 (Dec. 14, 2018).  Our dismissal order instructed Sanchez that he may have a right to seek an out-of-time appeal in the trial court, in accordance with *Rowland v. State*, 264 Ga. 872, 875-876 (2) (452 SE2d 756) (1995), and *Reese v. State*, 216 Ga. App. 773, 774-775 (456 SE2d 271) (1995).  In January 2019, the trial court entered two "Judgment[s] on Remittitur," making our December 2018 rulings the judgments of the trial court.

Sanchez has now filed a pro se application for discretionary review, purportedly seeking permission to appeal a trial court order denying his motion for an out-of-time appeal.  The only trial court orders that Sanchez provided with his application materials, however, are the trial court's January 2019 "Judgment[s] on Remittitur."  It is axiomatic that an appeal will not lie from a trial court order that does no more than simply enter an order of this Court as an order of the trial court following a prior appeal – in this situation, there is no new trial court ruling to appeal, and Sanchez's application essentially seeks an impermissible second appeal in Case Nos. A19A0315 and A19A0316.  See, e.g., *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").  Consequently, there is nothing for us to review in this application,

which is hereby DISMISSED without prejudice to Sanchez's right to seek a timely appeal after the trial court has entered an order disposing of his motion for an out-of-time appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/06/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*